**Order entered February 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00852-CV

### PAYSON PETROLEUM, INC., ET AL., Appellants

### V.

### J. MICHAEL WHEELER, ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06306**

## ORDER

We **GRANT** appellants' February 9, 2015 unopposed motion for an extension of time to

file a reply brief.  Appellants shall file a reply brief by March 25, 2015.


/s/      ELIZABETH LANG-MIERS
JUSTICE